# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

In re:
ANTHONY D. KOEPP and                     Case No. 12-C-0605
AMY M. KOEPP,                            Bankr. Case No. 11-35119
        Debtors.

## ORDER

On September 7, 2012, the appellants in this bankruptcy appeal filed their brief. Under Federal Rule of Bankruptcy Procedure 8009(a)(2), the appellee, Enterprise Credit Union, had fourteen days to file its brief. However, court records indicate that no brief has been filed by the appellee. The appellee is hereby notified that unless it files a brief within fourteen days of the date of this order, I will assume that it does not oppose the appellants' request to vacate the bankruptcy court's order barring the appellants from filing another bankruptcy case for one year and will vacate that order.

**SO ORDERED** at Milwaukee, Wisconsin, this 29th day of October 2012.

        s/ Lynn Adelman

        LYNN ADELMAN
        District Judge