# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

In re:
ANTHONY D. KOEPP and
AMY M. KOEPP,
        Debtors.

Case No. 12-C-0605
Bankr. Case No. 11-35119

## ORDER

On September 7, 2012, the appellants in this bankruptcy appeal filed their brief. Under Federal Rule of Bankruptcy Procedure 8009(a)(2), the appellee, Enterprise Credit Union, had fourteen days to file its brief. However, court records indicate that no brief has been filed by the appellee. The appellee is hereby notified that unless it files a brief within fourteen days of the date of this order, I will assume that it does not oppose the appellants' request to vacate the bankruptcy court's order barring the appellants from filing another bankruptcy case for one year and will vacate that order.

**SO ORDERED** at Milwaukee, Wisconsin, this 29th day of October 2012.

s/ Lynn Adelman

LYNN ADELMAN
District Judge