# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTHONY D. KOEPP and
AMY M. KOEPP,
    Debtors–Appellants

v.                        Case No. 12-C-0605

ENTERPRISE CREDIT UNION,
    Appellee.

## DECISION AND ORDER

Appellants have filed a motion for reconsideration of my decision to affirm the order of the bankruptcy court. Having reviewed the motion, I see no basis for reconsideration. Therefore, **IT IS ORDERED** that the motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2013.

                                            s/ Lynn Adelman

                                            LYNN ADELMAN
                                            District Judge